Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

_____ Division

A.A.N.H.P.I.H.M

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Donald J. Trump in his official capacity as President of the United States

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.
Case: 1:25−cv−01623
Assigned To : Unassigned
Assign. Date : 5/21/2025
Description: Pro Se Gen. Civ. (F−DECK)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | A.A.N.H.P.I.H.M |
   | Street Address | |
   | City and County | |
   | State and Zip Code | |
   | Telephone Number | |
   | E-mail Address | DEIdeservesrespect@proton.me |

   **B.  The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



RECEIVED
MAY 21 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
 Name   Donald J. Trump
 Job or Title *(if known)*   President of the United States
 Street Address   1600 Pennsylvania Ave NW
 City and County   Washington
 State and Zip Code   D.C. 20500
 Telephone Number
 E-mail Address *(if known)*

Defendant No. 2
 Name
 Job or Title *(if known)*
 Street Address
 City and County
 State and Zip Code
 Telephone Number
 E-mail Address *(if known)*

Defendant No. 3
 Name
 Job or Title *(if known)*
 Street Address
 City and County
 State and Zip Code
 Telephone Number
 E-mail Address *(if known)*

Defendant No. 4
 Name
 Job or Title *(if known)*
 Street Address
 City and County
 State and Zip Code
 Telephone Number
 E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1) Freedom of speech and associated rights in the First Amendment to the U.S. Constitution;
2) Due Process Clause of the Fifth Amendment to the U.S. Constitutions
3) Equal Protection Clause as (reverse) incorporated by the Fifth Amendment to the United States Constitution which prohibits the federal government, its agencies, its officials, and its employees from denying persons the equal protection of the laws.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* A.A.N.H.P.I.H.M , is a citizen of the State of *(name)* New York .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Donald J. Trump , is a citizen of the State of *(name)* District of Columbia . Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

biweekly salaries that are quite decent for a white collar worker, but it could be premature to disclose at this stage of the litigation. The defendant might not be liable for these money directly, because I was not even a federal employee, so I would like to defer to the judge's wisdoms later on.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant's E.O.14173 banning "diversity, equity, and inclusion" (DEI), which can be traced back to Project 2025 that he lied on live TV, smacks of white privilege and have caused huge fears among federal contractors, et al, which are not the more well-known BigLaws, but which also had embraced DEI in the past. Plaintiff worked at one such federal contractor w/ white majority owners (based on the 2024 annual DEI report now gone) and was terminated earlier due to practicing DEI, despite the end result was based on meritocracy that the defendant could like. Plaintiff believes they have standing, if not 3rd party standing. This anti-DEI animus caused the delayed proclamation of A.A.P.I. Heritage Month, if not also the Jewish American Heritage Month, to May 16.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) The E.O. 14173 and any other relevant harmful executive orders and policies on these anti-DEI topics must be withdrawn on constitutional grounds, as the "BigLaw" cases such as the Perkins Coie, 1:25-cv-00716, etc, and the transgender ban on military in TALBOTT v. TRUMP, 1:25-cv-00240 (may) continue to litigate/appeal, making their ways potentially to the Supreme Court. The plaintiff's (Quixotic) lawsuit is to bring awareness, because majority of federal contractors would not sue. (2) AANHPI Heritage Month and Jewish American Heritage Month proclamation should receive a bigger & prompt acknowledgment for the remainder of POTUS's 2nd term.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

This is because the Black History Month proclamation was timely for Feb 2025 and had a 45-min POTUS speech. Otherwise, it's discriminatory for civil rights purpose. The White House Initiative on AANHPI should be restored so that Bruce Springsteen who is white and recently said, "In my home, the America I love, the America I've written about that has been a beacon of hope & liberty for 250 years is currently in the hands of a corrupt, incompetent & treasonous administration," could regret saying that. Plaintiff was born in a country that is labeled a foreign adversary which in its own way does not always respect DEI, so plaintiff, having pledged their allegiance to the U.S. Constitution, immediately can tell how harmful the executive orders are to America's image & soft power.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/21/2025

Signature of Plaintiff: /s/ A.A.N.H.P.I.H.M  A.A.N.H.P.I.H.M
Printed Name of Plaintiff: A.A.N.H.P.I.H.M

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address