UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A.A.N.H.P.I.H.M
   PLAINTIFF

VS.                                    CASE NO.   1:25-cv-01623-UNA

Donald J. Trump, in his official capacity as POTUS
   DEFENDANT(S)

### Plaintiff's Request for Reopening the Case

    For some reason, the case was closed on August 26, 2025 which is 36 calendar days from Chief James Boasberg's order on July 22, 2025, ECF No. 12. But plaintiff actually promptly filed a 7th motion to request for pseudonym on July 23, 2025, ECF No. 13. This is well within the 14 days of the court's order and since then no new order was issued by Chief Boasberg. So it's utterly unclear why the case got closed anyways. It should be immediately reopened per Fed. R. Civ. P. rule 54(b), if not 60(b)(6), or any other rules out there. Plaintiff cannot seem to find one in Local Rules of the U.S. District Court for the District of Columbia (August 2025). Plaintiff has filed its 8th motion for pseudonym on September 11, 2025, ECF No. 15, unless mistaken. Plaintiff has also placed two calls to the Civil Help Desk (202) 354-3190 on both September 12 and September 16 and left a voice mail, but no one has called back by providing any clarification.

    Many thanks for the court's time and consideration on reopening the case, even if it was a Quixotic fight or a David v. Goliath fight or a Kal-El v. General Zod fight against the Trump administration.

1



RECEIVED
SEP 17 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2

**/s/ John Doe**
Signature

John Doe
Name (if applicable, Prisoner ID No.)

8808 Justice Ave, Apt 9J
Address/Facility Address

Elmhurst          NY      11373
City              State   Zip Code