UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

<u>     A.A.N.H.P.I.H.M     </u>
    PLAINTIFF

VS.                                             CASE NO.   <u>1:25-cv-01623-UNA</u>

<u> Donald J. Trump, in his official capacity as POTUS </u>
    DEFENDANT(S)

### Plaintiff's 2nd Request for Reopening the Case

For some unknown reason, Judge McFadden was not aware of the fact that Chief Judge Boasberg has issued a minute order dated Aug 1 that is not on the public docket, but superseded his July 22nd order, ECF No. 12. Therefore, Judge McFadden's minute order dated Nov 21st was improper by ignoring that situation. To reiterate, the Aug 1st minute order was sealed from me and a paper copy has never been sent to me before the grace period ended, causing the case to be closed on August 26, 2025 wrongfully by the clerk. It's not until plaintiff made a number of calls to the clerk's office to figure out exactly where things went wrong as of Sep 17th. Plaintiff has been diligent in responding to any of Judge Boasberg's orders and come up with new facts to support his claim. Plaintiff's 7th motion, ECF No. 13, to request for pseudonym and their 8th motion for pseudonym on September 11, 2025, ECF No. 15 should be reconsidered properly, just like Chief Judge Boasberg has kindly done before.

On October 30, 2025, Judge Matthew F. Kennelly from the U.S. District Court for the Northern District of Illinois denied the Department of Justice's (DOJ) motion to narrow—and partially stay—the court's April 14, 2025, preliminary injunction barring the U.S. Department of Labor (DOL) from enforcing Executive Order (EO) 14173's "Certification Provision" against any

1

RECEIVED
NOV 22 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

DOL grantee or contractor. The court held, despite the Supreme Court of the United States' caution in Trump v. CASA, Inc. against universal injunctions, that an injunction against DOL-wide enforcement of the executive order that tackles diversity, equity, and inclusion (DEI) initiatives is necessary to provide complete relief to the plaintiff, Chicago Women in Trades (CWIT), and to prevent a pervasive chilling effect on free speech and conduct rights protected by the First Amendment.[1] We know Trump has already appealed.[2]

I humbly beg Judge McFadden to consider the said fact and rule in my favor. We know Judge McFadden is a strong advocate of the First Amendment on his own, despite staying thru April 13[3] his own earlier order on April 8, 2025[4] to allow government to appeal.

Mr. Jimmy Kimmel is not going to sue ABC/Disney/Nextar/Sinclair/FCC Brendan Carr to let us know exactly what happened behind the scenes so that we can know if the State Action doctrine applies in his and my situation.

Plaintiff's private arbitration is still ongoing, as seen in the confidentiality order attached as exhibit. Plaintiff remains pro se there and here, not just because lawyers have been overwhelmed,[5] but also because after reaching out to more than 150 lawyers and organizations, there is no one out there who easily practices <u>both</u> constitutional law <u>and</u> employment law, non-discrimination law, Family and Medical Leave Act law, etc, as opined by Mr. James Wheaton[6] who would soon present on December 9th for the Committee for the First Amendment.[7]

It would also be great to hear from Judge McFadden that the In forma Pauperis application, ECF No. 2, can finally be granted, before the plaintiff notifies the DOJ, etc.

---

[1] https://storage.courtlistener.com/recap/gov.uscourts.ilnd.473983/gov.uscourts.ilnd.473983.162.0.pdf
[2] https://www.courtlistener.com/docket/70748611/chicago-women-in-trades-v-donald-j-trump/
[3] https://storage.courtlistener.com/recap/gov.uscourts.dcd.277682/gov.uscourts.dcd.277682.47.0.pdf
[4] https://storage.courtlistener.com/recap/gov.uscourts.dcd.277682/gov.uscourts.dcd.277682.46.0_1.pdf
[5] https://www.washingtonpost.com/national-security/2025/10/26/smaller-law-firms-struggle-trump-administration-initiatives/
[6] https://journalism.stanford.edu/people/james-wheaton
[7] https://www.committeeforthefirstamendment.com/about

**/s/ John Doe**

_____
Signature

John Doe
_____
Name (if applicable, Prisoner ID No.)

8808 Justice Ave, Apt 9J
_____
Address/Facility Address

Elmhurst            NY      11373
_____
City                State   Zip Code

3